```
                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :      CRIMINAL ACTION
                               :      NO. 99-43-01
                               :
             v.                :
                               :
CHARLES GRAVES                 :
```

## <u>O R D E R</u>

**AND NOW,** this **19th day of November 2009,** it is hereby

**ORDERED** that petitioner's motion for reduction of sentence

pursuant to 18 U.S.C. § 3582(c)(2) (doc. no. 120) is **DENIED.**


**AND IT IS SO ORDERED.**

                          **S/Eduardo C. Robreno**
                          **EDUARDO C. ROBRENO, J.**